# United States Bankruptcy Court
## District of Arizona

In re: MICHAEL ANDREW ALONZO / RUTH ELIZABETH ALONZO, Debtor(s)

Case No. 2-09-bk-04202
Chapter 7

## Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

■ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **MICHAEL ANDREW ALONZO**, declares the foregoing to be true and correct under penalty of perjury.

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

■ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: **$6,408.80**.

Debtor, **RUTH ELIZABETH ALONZO**, declares the foregoing to be true and correct under penalty of perjury.

Date 1/20/09   Signature MICHAEL ANDREW ALONZO, Debtor

Date 1/20/09   Signature RUTH ELIZABETH ALONZO, Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

* NINE HUNDRED FIFTY-THREE AND 62 / 100 *                                $953.62

Ruth E Alonzo
238 South 126th Ave
Avondale, AZ 85323

| Emp ID: AL01 | | Ruth E Alonzo | | | | | |
|---|---|---|---|---|---|---|---|
| eriod End: 1/8/2009 | | | | Date: 1/8/2009 | Check #: 1216 | Amount: | $953.62 |
| Description | Current | YTD | | Description | | Current | YTD |

gs
| | 60.1700 x $18.74 Hourly | $1,127.59 | $1,127.59 |
|---|---|---|---|
| | Totals: | $1,127.59 | $1,127.59 |

·ductions
| | SSI | ($69.91) | ($69.91) |
|---|---|---|---|
| | Medicare | ($16.35) | ($16.35) |
| | Fed Tax | ($71.25) | ($71.25) |
| | State Tax | ($13.54) | ($13.54) |
| | Totals: | ($171.05) | ($171.05) |

Ɔeductions
| | INS. | ($2.92) | ($2.92) |
|---|---|---|---|
| | Totals: | ($2.92) | ($2.92) |
| | Net Pay: | $953.62 | $953.62 |

* ONE THOUSAND TWO AND 62 / 100 *  $1,002.62

Ruth E Alonzo
238 South 126th Ave
Avondale, AZ 85323

| Emp ID: AL01 | | | Ruth E Alonzo | | | |
|---|---|---|---|---|---|---|
| Period End: 1/22/2009 | | | Date: 1/22/2009 | Check #: 1221 | Amount: | $1,002.62 |
| Description | Current | YTD | Description | | Current | YTD |
| Earnings | | | | | | |
| 63.6800 x $18.74 Hourly | $1,193.36 | $2,320.95 | | | | |
| Totals: | $1,193.36 | $2,320.95 | | | | |
| Tax Deductions | | | | | | |
| SSI | ($73.99) | ($143.90) | | | | |
| Medicare | ($17.30) | ($33.65) | | | | |
| Fed Tax | ($81.12) | ($152.37) | | | | |
| State Tax | ($15.41) | ($28.95) | | | | |
| Totals: | ($187.82) | ($358.87) | | | | |
| Other Deductions | | | | | | |
| INS. | ($2.92) | ($5.84) | | | | |
| Totals: | ($2.92) | ($5.84) | | | | |
| Net Pay: | $1,002.62 | $1,956.24 | | | | |

ONE THOUSAND FORTY SEVEN AND 99/100

Ruth E Alonzo
238 South 126th Ave
Avondale, AZ 85323

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp ID: AL01 | | Ruth E Alonzo | | | | |
| Period End: 2/5/2009 | | | Date: 2/5/2009 | Check #: 1226 | Amount: | $1,047.99 |
| Description | Current | YTD | Description | | Current | YTD |
| Earnings | | | | | | |
| 66.9300 x $18.74 Hourly | $1,254.27 | $3,575.22 | | | | |
| Totals: | **$1,254.27** | **$3,575.22** | | | | |
| Tax Deductions | | | | | | |
| SSI | ($77.76) | ($221.66) | | | | |
| Medicare | ($18.19) | ($51.84) | | | | |
| Fed Tax | ($90.26) | ($242.63) | | | | |
| State Tax | ($17.15) | ($46.10) | | | | |
| Totals: | **($203.36)** | **($562.23)** | | | | |
| Other Deductions | | | | | | |
| INS. | ($2.92) | ($8.76) | | | | |
| Totals: | **($2.92)** | **($8.76)** | | | | |
| Net Pay: | **$1,047.99** | $3,004.23 | | | | |

\* ONE THOUSAND NINETY-ONE AND 01 / 100 \*    $1,091.01

Ruth E Alonzo
238 South 126th Ave
Avondale, AZ 85323

Emp ID: AL01    Ruth E Alonzo
Period End: 2/19/2009    Date: 2/19/2009    Check #: 1237    Amount: $1,091.01

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| 70.0100 x $18.74 Hourly | $1,311.99 | $4,887.21 | | | |
| Totals: | $1,311.99 | $4,887.21 | | | |
| **Tax Deductions** | | | | | |
| SSI | ($81.34) | ($303.00) | | | |
| Medicare | ($19.02) | ($70.86) | | | |
| Fed Tax | ($98.91) | ($341.54) | | | |
| State Tax | ($18.79) | ($64.89) | | | |
| Totals: | ($218.06) | ($780.29) | | | |
| **Other Deductions** | | | | | |
| INS. | ($2.92) | ($11.68) | | | |
| Totals: | ($2.92) | ($11.68) | | | |
| Net Pay: | $1,091.01 | $4,095.24 | | | |

| Escrow No. 01668315 - 227 C1 | | Check Date: 01/12/2009 | Check No. 02190839 |
|---|---|---|---|
| DESCRIPTION | CODE | AMOUNT | |
| Commission | | $3,455.00 | |
| | Check Total | $3,455.00 | |

Seller/Buyer: Wood/Li
Property Address: 14239 W. Rosewood Dr, Surprise, AZ 85379
Tax Parcel Id: 501-40-760
Memo: