IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Michael A. Alonzo | § | CASE NO. 09-04202-RJH |
| Ruth Elizabeth Alonzo | § | |
|    Debtors | § | |
| | § | CHAPTER NO. 7 |
| | § | |
| | § | |

## REQUEST FOR NOTICE PURSUANT TO
## BANKRUPTCY RULES 2002 AND 9010

Please take notice that E-Loan Bank c/o Systems & Services Technologies, Inc. hereby gives notice pursuant to Bankruptcy Rules 2002 and 9010 that the law firm of J. Ward Holliday and Associates, P.C. requests:

1. All notices given or required to be given in the case; and

2. All pleadings and correspondence served or required to be served in this case, regarding E-Loan Bank c/o Systems & Services Technologies, Inc., Case Number - 09-04202-RJH should be directed to the law firm of J. Ward Holliday and Associates, P.C. at the following address:

      **J. Ward Holliday and Associates, P.C.**
      **501 Elm Street, Suite 400**
      **Dallas, TX 75202**
      Re: E-Loan Bank c/o Systems & Services Technologies, Inc.
      JWH&A#: 096597

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 9007, and 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or

transmitted or conveyed by mail, delivery, telephone, facsimiles transmission, e-mail, or otherwise which effects or seeks to effect the above case.

>Respectfully submitted,
>
>/s/ J. Ward Holliday
>J. Ward Holliday
>J. Ward Holliday and Associates, P.C.
>501 Elm Street, Suite 400
>Dallas, TX 75202
>214-747-2727

### Certificate of Service

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class U.S. Mail; postage prepaid on this the 16th day of March, 2009.

**Debtors' Attorney**
Thomas C. Nickel
919 North Dysart Road, Suite F
Avondale, Arizona 85323

**Trustee**
S. William Manera
P.O. Box 44350,
Phoenix, Arizona 85064-4350

**U.S. Trustee**
Irene J. Lashinsky
230 N. 1st Avenue, Suite 204
Phoenix, Arizona 85003

>/s/ J. Ward Holliday
>J. Ward Holliday