Thomas C. Nickel, #12539
**FAITH, LEDYARD, NICKEL & SHELSKY, PLC**
919 N. Dysart Road, Suite F
Avondale, Arizona 85323
(623) 932-0430

Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>**MICHAEL ANDREW ALONZO**<br>**RUTH ELIZABETH ALONZO**<br>Debtors. | In Proceedings Under Chapter 7<br><br>**Case No. 2-09-bk-04202-RJH**<br><br>**MOTION TO WAIVE CO-DEBTOR'S APPEARANCE AT §341 MEETING AND ATTORNEY'S CERTIFICATION OF AUTHENTICITY OF IDENTIFICATION RECORDS** |

Debtors, by and through counsel undersigned, hereby move for a waiver of co-Debtor Michael Alonzo's appearance at the §341 Meeting of Creditors scheduled for April 17, 2009, for employment reasons. Mr. Alonzo is presently working in Florida where he has been able to secure employment, at least temporarily . The Debtors would suffer significant financial burden for both Debtors to appear at the Section 341 Meeting of Creditors, specifically airfare and time lost from work for Mr. Alonzo to appear, as well as a possible negative impact on his employment. Debtor Ruth Alonzo is knowledgeable concerning the Debtors' situation and will be able to address any questions presented at the §341 meeting by creditors and the Trustee.

Counsel undersigned hereby certifies that he has met both Debtors personally and attests that the copies of identification provided to the Trustee with this Motion are true and correct copies of the original records of Co-Debtor Michael Alonzo provided to counsel.

For the foregoing reasons, it is respectfully requested that the Court enter an Order waiving Michael Alonzo's appearance at the §341 meeting of creditors on April 17, 2009.

DATED: March 26, 2009.

**FAITH, LEDYARD, NICKEL & SHELSKY, PLC**

By <u>/s/ Thomas C. Nickel, 012539</u>
Thomas C. Nickel, Esq.
919 North Dysart Road, Suite F
Avondale, AZ 85323
Attorneys for Debtors

COPY of the foregoing mailed
this 26th day of March, 2009, to:

S. William Manera
P.O. Box 44350
Phoenix, AZ 85064-4350
Chapter 7 Trustee

By <u>/s/ Rene' Schmidt</u>

Motion to Waivie Appearance at 341 re employment.wpd

2