**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 31, 2009**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Thomas C. Nickel, #12539
FAITH, LEDYARD, NICKEL & SHEESKY, PLC
919 N. Dysart Road, Suite F
Avondale, Arizona 85323
(623) 932-0430

Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**MICHAEL ANDREW ALONZO**<br>**RUTH ELIZABETH ALONZO**<br><br>Debtors. | In Proceedings Under Chapter 7<br><br>Case No. 2-09-bk-04202-RJH<br><br>**ORDER WAIVING CO-DEBTOR MICHAEL ALONZO'S APPEARANCE AT §341 MEETING** |

Debtors having submitted a Motion for Waiver of Debtor Michael Alonzo's appearance at the §341 Meeting of Creditors scheduled for April 17, 2009, no objection to said Motion being presented to the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED waiving the appearance of Michael Alonzo at the §341 Meeting of Creditors scheduled for April 17, 2009.

DATED: _____.

_____
The Honorable Randolph J. Haines
U.S. Bankruptcy Court Judge

*GRANTED*