Certificate Number: 05781-AZ-DE-006772139

Bankruptcy Case Number: 09-04202

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 17, 2009, at 12:00 o'clock PM PDT, Michael Alonzo completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date: April 17, 2009     By     /s/Allison M Geving

                         Name   Allison M Geving

                         Title  President