DAVID E. McALLISTER (AZ BN 021551)
JOSEPHINE E. PIRANIO (AZ BN 020630)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com

Attorneys for EMC MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL ANDREW ALONZO AND RUTH ELIZABETH ALONZO,<br><br>Debtor(s). | Case No. 2:09-bk-04202-RJH<br><br>Chapter 7 |
| EMC MORTGAGE CORPORATION<br>Movant,<br><br>vs.<br><br>MICHAEL ANDREW ALONZO AND RUTH ELIZABETH ALONZO, Debtor(s); and S. WILLIAM MANERA, Chapter 7 Trustee,<br><br>Respondents. | CERTIFICATION OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 4001-1(b) |

STATE OF CALIFORNIA )
                     ) ss.
County of San Diego  )

I, Josephine E. Piranio, being first duly sworn upon oath, depose and say:

I am an associate attorney employed at the law firm of Pite Duncan, LLP, counsel for Movant, EMC Mortgage Corporation in the above-captioned proceeding. I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the matters stated herein. I make this certification to satisfy the requirements of Local Rule 4001-1(b).

/././

/././

/././

- 1 -

| | |
|---|---|
| 1 | I certify that a Meet and Confer letter in compliance with Local Bankruptcy Rule 4001-1(b) |
| 2 | was sent to the Debtor's attorney of record, Thomas C. Nickel, via facsimile on March 13, 2009. As |
| 3 | of the date of this Certification, Movant has been unable to resolve this matter with the Debtors. A |
| 4 | true and correct copy of the Meet and Confer letter and the facsimile transmission sheet is attached |
| 5 | hereto collectively as exhibit A and incorporated herein by reference. |

Dated: May 21, 2009                    PITE DUNCAN, LLP

JES 020630
JOSEPHINE E. PIRANIO
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385



# PITE DUCKAN LLP

**San Diego**

Steven W. Pite *CA NV WA*
John D. Duncan *CA WA*
Peter J. Salmon
*CA ID UT WA*
David E. McAllister
*AZ CA HI OR UT WA*

Rochelle L. Stanford
*AZ CA OR WA*
Josephine E. Salmon
*AK AZ CA NY*
Laurel I. Handley
*AZ CA ID NV*
Daniel R. Gamez *CA TX*
Eddie R. Jimenez *CA NV TX*
Susan L. Petit *AK CA WA*
Douglas A. Toleno *AZ CA*
Cuong M. Nguyen *CA NV*
Casper J. Rankin *CA*
Charles A. Correia *CA*
Melodie A. Whitson *CA*
Brian A. Paino *CA TX VA*
Christopher M. McDermott *CA*
Jillian A. Benbow *CA*
Thomas N. Abbott *CA*
Tracy D. Mabry *TX*
Drew A. Callahan *CA*
Natalie T. Nguyen *CA*
Alyssa K. McCorkle *AZ CA*
Caroline M. Robert *CA*
Genail M. Anderson *CA*
Ellen Cha *CA MN*
Jose A. Garcia *CA*
Erin L. Laney *CA*
Angela M. Fontanini *CA*
Jacque A. Gruber *CA*
John B. Acierno *CA*
William L. Partridge *CA*
Christopher L. Peterson *CA*

*Mailing - Bankruptcy*
4375 Jutland Drive, Suite 200
P O Box 17933
San Diego, CA 92177-0933

*Mailing - Eviction*
4375 Jutland Drive, Suite 200
P O Box 17934
San Diego, CA 92177-0934

Ph (858) 750-7600
Fax (619) 590-1385

**Orange County**
Bruce J. Quilligan *CA*
Kerry W. Franich *CA NV*
Elana J. Moeder *CA*
Bryan T. Brown *CO TX*
Michael J. Fox *CA*

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph: (714) 285-2633
Fax: (714) 285-2668

**Arizona Office**
Charles L. Firestein
Phoenix, AZ

**Hawaii Office**
David B Rosen
Honolulu, HI

**Washington Office**
Seattle, WA

**Texas Office**
William P. Weaver, Jr.
San Antonio, TX

---

March 13, 2009

**VIA FACSIMILE (623) 932-1610**

Thomas C. Nickel
Faith, Ledyard & Nickel, PLC
919 N. Dysart Road, Suite F
Avondale, AZ 85323

Re:    In re Alonzo, Michael Andrew and Ruth Elizabeth
       Bankruptcy Case No.: 2:09-bk-04202-RJH
       Notice of Default/Intent to File Motion for Relief From Automatic Stay
       Loan No.: 0015472459
       Property Address: 238 South 126th Avenue, Avondale, AZ 85323
       Our Client: EMC Mortgage Corporation
       Our File No.: 000009-220575

Dear Thomas and Mr. Manera:

This is an attempt to meet and confer regarding the above-referenced loan. Please be advised that our firm has been retained by EMC Mortgage Corporation, its successors and/or assigns, the beneficiary and/or authorized loan servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001-1(b) to inform you that the above-referenced account is contractually due for December 1, 2008, and the loan is in default in the amount of $5,168.00.

Please contact our office to arrange payment of the above arrears, an Adequate Protection Order, or other resolution of the default. Please note that absent a written resolution of the matter within five (5) business days of the date of this letter, our office will immediately file a Motion for Relief From Automatic Stay. Please note that payment should be in certified funds and sent to:

Monica Mora
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Of course, once a Motion is filed, our office may still be willing to attempt an amicable resolution of this matter in order to avoid a hearing.

If you have any questions in regard to this matter, please contact our office at (858) 750-7600.

Very truly yours,

*/s/ Amy Dickey*

Amy Dickey

AD

---

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii, Idaho, Nevada, Oregon, Texas, Utah, Virginia and Washington.
*See above or visit www.piteduncan.com for individual attorney admissions.*

EXHIBIT A

```
*********************************************************************************
*                          TRANSACTION REPORT                              P.01  *
*                                                          MAR-13-2009 FRI 10:58 AM *
*        FOR: PITE DUNCAN LLP           6195901385                               *
*—————————————————————————————————————————————————————————————————————————————— *
*   DATE  START    RECEIVER         TX TIME  PAGES TYPE      NOTE        M#  DP *
*   MAR-13 10:57 AM 916239321610       36"      1   SEND      OK         183    *
*—————————————————————————————————————————————————————————————————————————————— *
*                                   TOTAL :     36S   PAGES:  1                  *
*********************************************************************************
```

# PITE DUNCAN LLP

**San Diego**

Steven W. Pite CA/NY/WA
John D. Duncan CA/WA
Peter J. Salmon CA/ID/UT/WA
David E. McAllister AZ/CA/HI/OR/UT/WA

Rochelle L. Stanford AZ/CA/OR/WA
Josephine E. Salmon AK/AZ/CA/NY
Laurel I. Handley AZ/CA/ID/NV
Daniel R. Gamez CA/TX
Eddie R. Jimenez CA/NY/TX
Susan L. Petit AK/CA/WA
Douglas A. Toleno AZ/CA
Cuong M. Nguyen CA/NV
Casper J. Rankin CA
Charles A. Correia CA
Melodie A. Whitson CA
Brian A. Paino CA/TX/WA
Christopher M. McDermott CA
Jillian A. Benbow CA
Thomas N. Abbott CA
Tracy D. Mabry TX
Drew A. Callahan CA
Natalie T. Nguyen CA
Alyssa K. McCorkle AZ/CA
Caroline M. Robert CA
Genail M. Anderson CA
Ellen Cha CA/MN
Jose A. Garcia CA
Erin L. Laney CA
Angela M. Fontanini CA
Jacque A. Gruber CA

March 13, 2009

**VIA FACSIMILE (623) 932-1610**

Thomas C. Nickel
Faith, Ledyard & Nickel, PLC
919 N. Dysart Road, Suite F
Avondale, AZ 85323

Re: In re Alonzo, Michael Andrew and Ruth Elizabeth
Bankruptcy Case No.: 2:09-bk-04202-RJH
Notice of Default/Intent to File Motion for Relief From Automatic Stay
Loan No.: 0015472459
Property Address: 238 South 126th Avenue, Avondale, AZ 85323
Our Client: EMC Mortgage Corporation
Our File No.: 000009-220575

Dear Thomas and Mr. Manera:

This is an attempt to meet and confer regarding the above-referenced loan. Please be advised that our firm has been retained by EMC Mortgage Corporation, its successors and/or assigns, the beneficiary and/or authorized loan servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001-1(b) to inform you that the above-referenced account is contractually due for December 1, 2008, and the loan is in default in the