| | |
|---|---|
| 1 | DAVID E. McALLISTER (AZ BN 021551)<br>JOSEPHINE E. PIRANIO (AZ BN 020630) |
| 2 | PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 4 | Telephone: (858)750-7600<br>Facsimile: (619) 590-1385 |
| 5 | jsalmon@piteduncan.com |
| 6 | Attorneys for  EMC MORTGAGE CORPORATION |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re | Case No. 2:09-BK-04202-RJH |
| MICHAEL ANDREW ALONZO AND RUTH ELIZABETH ALONZO, | Chapter 7 |
| Debtor(s). | CERTIFICATE OF SERVICE AND OF NO OBJECTION |
| EMC MORTGAGE CORPORATION | |
| Movant, | |
| v. | |
| MICHAEL ANDREW ALONZO AND RUTH ELIZABETH ALONZO, Debtor(s); and S. WILLIAM MANERA, Chapter 7 Trustee, | |
| Respondents. | |

STATE OF CALIFORNIA    )
                       )ss.
County of San Diego    )

I, Josephine E. Piranio, being first duly sworn upon oath, depose and say:

I am an employee of Pite Duncan, LLP, counsel in the above-entitled proceeding, and am authorized to make this affidavit on behalf of EMC Mortgage Corporation, the Movant in the above-captioned proceeding.  I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the

/././

- 1 -

matters stated herein. I make this affidavit to satisfy the requirements of Local Rule 4001, as amended, as evidence of service by mail of the Notice, Motion and Order upon the parties hereinafter named.

A copy of the Notice, Motion and Order regarding real property commonly known as 238 South 126th Avenue, Avondale, Arizona 85323, were dispatched by first class mail, postage prepaid, to the following on  May 21, 2009 :

Michael Andrew Alonzo
Ruth Elizabeth Alonzo
238 South 126th Avenue
Avondale, AZ 85323
(Debtors)

Thomas C. Nickel
Faith, Ledyard & Nickel, PLC
919 N. Dysart Road, Suite F
Avondale, AZ 85323
(Debtor(s) Attorney)

S. William Manera
P.O. Box 44350
Phoenix, AZ 85064-4350
(Chapter 7 Trustee)


EMC Mortgage
P.O. Box 619063
Dallas, TX 75261-9063
(Lienholder)


The Debtors are not in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, and all laws supplemental thereto and amendments thereof, nor are they under orders to report for induction.

/././

/././

/././

/././

/././

/././

/././

- 2 -

1    I certify that neither the Debtors nor the Trustee have filed an objection to said Motion

2  within the time prescribed by Local Rule 4001, as amended.

3  Dated:   June 17, 2009                        PITE DUNCAN, LLP

4

5                                                JOSEPHINE E. PIRANIO 020630
                                                 JOSEPHINE E. PIRANIO
6                                                Attorneys for Movant
                                                 4375 Jutland Drive, Suite 200
7                                                P.O. Box 17933
                                                 San Diego, CA 92177-0933
8                                                Telephone: (858)750-7600
                                                 Facsimile: (619) 590-1385
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -